IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SPADA PROPERTIES INC.,                      3:13-CV-01803-PK
an Oregon corporation
d/b/a United Salad Co.,                     ORDER

           Plaintiff,

v.

TUKWILA TRADING COMPANY,
LLC, a Washington limited
liability company,

           Defendant.


BROWN, Judge.

     Magistrate Judge Paul Papak issued Findings and
Recommendation (#28) on February 25, 2014, in which he recommends
this Court grant in part and deny in part Plaintiff's Motion
(#21) for Order Awarding Plaintiff Attorneys' Fees and Costs
Against Defendant Tuckwila Trading Company, LLC.  The matter is
now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and
Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#28). Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiffs' Motion (#21) for Order Awarding Plaintiff Attorneys' Fees and Costs and **AWARDS** Plaintiff attorneys' fees in the amount of **$4,287.50** and costs in the amount of **$745.50**.

IT IS SO ORDERED.

DATED this 19th day of May, 2014.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER